

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

FINDING RE PROBABLE CAUSE

## 2:24-MJ-03384-DUTY

On June 9, 2024, at 4:20 a̸/p.m., Agent Jason A. Willock of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant SALEEM JALLOH, occurring on June 7, 2024, at Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists/does not exist** probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/✓/ It is ordered that defendant SALEEM JALLOH be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant SALEEM JALLOH be discharged from custody on this charge forthwith.

DATED: June 9, 2024, at 4:20 a m/p.m.

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE