UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:24-cr-00376-FLA-2 | Date: | November 22, 2024 |
|---|---|---|---|

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Interpreter | N/A |

| Twyla Freeman | Laura Elias | Alexandra J. Sloan Kelly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2-Saleem Jalloh | √ | √ | | Robert M. Bernstein, CJA | √ | √ | |

**Proceedings:** CHANGE OF PLEA (HELD AND COMPLETED)
PRETRIAL CONFERENCE

The change of plea hearing is held.

The defendant moves to change his plea to the single-count Indictment.

Defendant is sworn.

Defendant now enters a new and different plea of Guilty to the single-count Indictment and agrees to the forfeiture as described in the Plea Agreement and incorporated herein by reference.

The court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently, and voluntarily, and with a full understanding of the nature of the charges, consequences of the plea and of defendant's Constitutional rights.

The court accepts the plea and agreement to forfeit assets and order that the plea be entered.

The court refers the defendant to the Probation Office for investigation and report.

The matter is set for **SENTENCING on May 30, 2025, at 11:00 a.m.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The court vacates the Jury Trial date and Pretrial conference date, as to this defendant only.

The court orders this matter referred to the United States Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

Defendant is ordered to appear on May 30, 2025, at 11:00 a.m. without any further notice or order.

The government is ordered to file a proposed order of forfeiture within 30 days.

cc:   PSA, USM

|  | 00 | : | 17 |
|---|---|---|---|
| Initials of Deputy Clerk | | | |
| | | | tf |